# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

MEAGAN DURAND, *et al.*,

    Plaintiffs

vs.

GIVAUDAN FLAVORS CORPORATION,

    Defendant

CASE NO 3:24CV-718-DJH

### DECLARATION OF CEDRIC KOLLER IN SUPPORT OF GIVAUDAN FLAVORS CORPORATION'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

I, Cedric Koller, do hereby declare and state under the penalties of perjury:

1. I am the Head of Operations, Taste & Wellbeing for Givaudan Flavors Corporation ("Givaudan").

2. I submit this affidavit in support of Givaudan's Motion to Dismiss for Lack of Personal Jurisdiction.

3. I am over the age of eighteen, I am competent to provide the testimony in this affidavit, and I have personal knowledge of the matters contained herein.

4. Givaudan is a Delaware company with its principal place of business in Cincinnati, Ohio.

5. Givaudan conducts its principal business affairs from Ohio.

6. Givaudan owns and operates a facility in Devon, Kentucky that manufactures flavoring products for sale to customers nationwide.

7. Givaudan does not sell any products or provide services to DDW's Louisville factory.

8.  Givaudan also owns and operates a warehouse in Hebron, Kentucky where flavoring products manufactured by Givaudan are housed for distribution.

9.  Givaudan does not now, nor has it ever, had any role in the operation of D.D. Williamson & Co., LLC's ("DDW") Louisville, Kentucky factory that is at issue in this litigation.

10. Givaudan does not now, nor has it ever, had any role in maintenance of equipment at DDW's Louisville factory.

11. Givaudan does not operate, manage, or control DDW's Louisville factory.

12. Givaudan does not employee any individuals at DDW's Louisville factory.

13. Givaudan does not own DDW's Louisville factory.

14. Givaudan is a separate corporate entity from DDW.

15. Givaudan is the parent of the parent of the parent of DDW. The following accurately depicts Givaudan's relationship to DDW:



Pursuant to 28 U.S.C. § 1746 and the laws of the United States of America, I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 5, 2025