## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

**MEAGAN DURAND,** *et al.*,                                      **CASE NO 3:24CV-718-DJH**

    **Plaintiffs**

  **vs.**

**GIVAUDAN FLAVORS CORPORATION,**

    **Defendant**

---

### [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

---

This matter is before the Court on the Defendant Givaudan Flavors Corporation's ("Defendants") Motion to Dismiss. The Court has considered the Motion and all other relevant papers and concludes that Plaintiff's Complaint must be dismissed for lack of personal jurisdiction and failure to join a necessary party. Defendant's Motion is hereby GRANTED, and all claims set forth in the Complaint are hereby DISMISSED.

    IT IS SO ORDERED.

Dated: _____                    _____
                                                                           Judge David J. Hale