UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

MEAGAN DURAND et al.,                                                              Plaintiffs,

v.                                                                   Civil Action No. 3:24-cv-718-DJH

GIVAUDAN FLAVORS CORPORATION,                                        Defendant.

\* \* \* \* \*

## ORDER

Plaintiffs Meagan Durand and Martin Richards having filed a notice of voluntary dismissal (Docket No. 15), no answer or motion for summary judgment having been filed by Defendant Givaudan Flavors Corporation, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)      This action stands **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and is **CLOSED** and **STRICKEN** from the Court's active docket.

(2)      Givaudan's motion to dismiss (D.N. 13) is **DENIED** as moot.

March 4, 2025

**David J. Hale, Judge**
**United States District Court**

1